# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR363 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| EDEN MORA-CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE MOTION OF THE DEFENDANT, (#26) and no objection from the government,

IT IS ORDERED:

1. The Motion for Continuance (#26) is granted.

2. Change of Plea hearing scheduled for February 19, 2013, is canceled.

3. The government shall file a status report on or before February 28, 2013.

DATED this 15th day of February, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge