IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDEN MORA CASTRO,<br><br>    Defendant. | 8:12-CR-363<br><br>TRIAL ORDER |

  IT IS ORDERED:

1.  The above-captioned criminal case is set for a jury trial before the undersigned judge in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, commencing at 9:30 a.m. on July 23, 2013, or as soon thereafter as the case may be called, for a duration of 2 trial days.

2.  Continuances must be requested before Thursday, July 18, 2013, in written motions accompanied by supporting affidavits. A copy of any request for continuance must be filed and the chambers of the assigned United States Magistrate Judge must be notified.

3.  A pretrial conference is scheduled to be held before the undersigned judge in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska at 3:30 p.m. on Monday, July 22, 2013. If a teleconference is requested, an email will be sent to counsel of record with instructions for participating in the pretrial conference.

4.  The filing, briefing, and hearing of pretrial motions, including *ex parte* motions and applications, shall be governed by NECrimR 12.1 to 12.5. Motions shall be filed on or before Wednesday, July 17, 2013. Counsel must immediately notify the Court of any pretrial motion requiring an evidentiary hearing outside the presence of the jury.

5.  Counsel shall inform the Court that a defendant has elected to change his or her plea within 4 days before trial or as soon as practicable.

6. The plaintiff shall file and serve on opposing counsel <u>on or before</u> Thursday, July 18, 2013, as appropriate, all proposed jury instructions, trial briefs, suggested verdict forms, and witness lists. In particular, the plaintiff's witness list shall include the full name and address of each witness whom the party may call to testify at trial.

7. The defendant is also encouraged to provide the Court, on or before Thursday, July 18, 2013, proposed jury instructions and a trial brief. Any materials so submitted shall not be disclosed to the plaintiff unless the defendant specifies otherwise.

8. Exhibits must be listed before trial on exhibit forms available from the Clerk's office or on the Court's external web page at http://www.ned.uscourts.gov/forms. The exhibits should be numbered as provided by NECrimR 12.6.

9. The courtroom deputy will take custody of the exhibits after they are received by the Court.

10. Parties shall deliver to the Court, <u>on or before</u> Thursday, July 18, 2013, trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs. Exhibits provided by the defendant shall not be disclosed to the plaintiff unless the defendant specifies otherwise.

11. If a party will use a deposition at trial, the proponent must supply the Court with a copy of the deposition. If less than the whole deposition will be used, the copy must highlight the portions to be introduced. The proponent must also supply the Court with a list or index identifying by page and line the portions to be introduced. If a party objects to the introduction of deposition testimony, that party must supply the Court with a list specifying the precise nature of each objection and identifying its location by page and line.

12. If a party intends to use testimony in a videotaped deposition and the opponent objects to any portion of it, the proponent must supply the Court with a transcript of the testimony from the deposition. The transcript must highlight the portions of the testimony to be introduced. The proponent must also supply the Court with a list or index identifying by page and line in the transcript the portions to be introduced. If a party objects to the introduction of videotaped deposition testimony, that party must supply the Court with a list

    specifying the precise nature of each objection and identifying its location in the transcript by page and line.

13. The trial will commence at 9:30 a.m. on July 23, 2013. At that time, the Court will meet with counsel and clients, on the record in the courtroom. This will be an opportunity to dispose of any motions and last minute matters, prior to trial. Voir dire will commence immediately thereafter.

14. Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

15. Questioning of witnesses will be limited to direct examination, cross-examination, and redirect examination unless the Court allows further examination.

16. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

17. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

18. A list of the equipment available in the courtroom, and a virtual tour of the courtroom, is available at on the Court's external web page at http://www.ned.uscourts.gov/attorney/courtroom-technology.

19. Counsel shall notify the courtroom deputy by Tuesday, July 16, 2013, if the services of an interpreter will be required for a hearing or trial.

    Dated this 15th day of July, 2013.

                              BY THE COURT:

                              *John M. Gerrard* (signature)
                              John M. Gerrard
                              United States District Judge