IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EDEN MORA-CASTRO,<br><br>　　　　　　　Defendant. | 8:12-CR-363<br><br>ORDER |

　　　This matter is before the Court on the government's motion to continue (filing 50). Counsel has represented to the Court that this case will be disposed of by dismissal after a related proceeding involving the defendant is resolved. Therefore, the Court will grant the government's motion and continue the trial date in this case pending resolution of the defendant's related proceeding.

　　　IT IS ORDERED:

1.　　The government's motion to continue (filing 50) is granted.

2.　　The jury trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom #1, the Special Proceedings Courtroom, of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on April 29, 2014, or as soon thereafter as the case may be called, for 2 trial days.

3.　　Based upon the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and April 29, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(B) and (h)(7).

- 2 -

Dated this 23rd day of January, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge