IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-363 |
| vs. | ORDER |
| EDEN MORA CASTRO, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Dismissal (filing 52). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice.

IT IS ORDERED:

1. The jury trial scheduled for April 29, 2014 is canceled.

2. The plaintiff's motion to dismiss (filing 52) is granted.

3. This case is dismissed without prejudice.

Dated this 25th day of April, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge